IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:24-CV-00082-MDB

BOYD DELANZO,

    Plaintiff,

v.

CONN APPLIANCES, INC. D.B.A CONN'S HOMEPLUS,

    Defendant.

---

### MOTION OF JULIA L. AVELLANEDA'S WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF BOYD DELANZO

---

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Julia L. Avellaneda, of Springs Law Group LLC, pursuant to D.C.COLO.LAttyR 5, hereby moves this Court for leave to withdraw as counsel of record for Boyd Delanzo as follows:

1. Boyd Delanzo is currently represented by Dominic Perrino and David Hinkle of Springs Law Group.
2. Dominic Perrino and David Hinkle have entered their appearance in this matter on behalf of Boyd Delanzo and will continue to represent Mr. Delanzo.
3. Julia L. Avellaneda's withdrawal as counsel of record for Plaintiff Boyd Delanzo will not leave the Plaintiff unrepresented.
4. Good cause exists to allow Julia L. Avellaneda's withdraw as counsel of record for Plaintiff Boyd Delanzo.

    DATED at Denver, Colorado this 14th day of August 2024.

                                      */s/ Julia L. Avellaneda*
                                      Julia L. Avellaneda, Reg. No. 53392
                                      Springs Law Group, LLC
                                      1880 Office Club Pointe, Suite 200
                                      Colorado Springs, CO 80920
                                      719-300-7554
                                      julia@springslawgroup.com
                                      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2024, a true and correct copy of the above was e-filed and e-served via CM/ECF which will send automatic notification of said filing to all active counsel of record.

Lance G. Eberhart, Esq.
Brooke A. Churchman, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
303-628-3300
eberhartl@hallevans.com
churchmanb@hallevans.com

               *s/ Amanda Mechenbier*
               Amanda Mechenbier, Paralegal
               Springs Law Group, LLC