IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Martiza Dominguez Braswell**

Civil Action No. 1:24-cv-00082-MDB

BOYD DELANZO

    Plaintiff,

v.

CONN APPLIANCES, INC. d/b/a CONN'S HOMEPLUS, and KELLERMEYER BERGENSONS SERVICES, LLC

    Defendant.

---

**STATUS REPORT**

---

COMES NOW Plaintiff Boyd Delanzo, by and through his attorney of record, hereby submits a Status Report:

**HISTORY**

1. On August 22, 2024, undersigned counsel for Conn's Appliances, Inc. was advised that on July 26, 2024, Conn's Appliances, Inc. filed for bankruptcy in the U.S. Bankruptcy Court, Southern District of Texas.

2. The bankruptcy matter is still pending.

3. At the last status conference on September 17, 2024, Judge Dominguez Braswell requested the parties file a joint status update regarding a temporary administrative stay.

4. Plaintiff Boyd DeLanzo and Defendant Kellermeyer Bergensons Services, LLC filed a Joint Status report requesting a stay on November 18, 2024.

5. On January 3, 2025, an Order was entered requesting Status Reports be filed every 60 days starting on January 17, 2025.

## **STATUS**

6. Plaintiff attempted to confer with Defendants regarding this Status Report via email on January 16, 2025. No response was received as of the time of filing.

7. Plaintiff's Bankruptcy Attorney filed a Motion for Relief from Stay and a Proof of Claim in the bankruptcy matter, however, due to an error, the Proof of Claim was submitted after the applicable deadline.

8. Plaintiff's Bankruptcy Attorney is working with Defendant Conn's Appliances, Inc. regarding a Stipulation for the Proof of Claim to be considered timely filed.

9. If a Stipulation is reached, the Motion for Relief from Stay will be withdrawn and no hearing on the motion will occur.

10. It is Plaintiff's understanding that once Conn's Repayment Plan is filed and confirmed, then the stay on the bankruptcy matter will be lifted, allowing the personal injury matter to proceed.

11. It is Plaintiff's understanding that the Conn's bankruptcy proceedings may potentially be converted into a liquidation. This possible conversion to liquidation is indicated by an auction period/sale of assets that is set to start on January 30, 2025. Should this happen, Conn's will not file a Repayment Plan, all Proof of Claims will have to be re-filed, and the stay in the bankruptcy proceedings will lift at the close of liquidation.

**WHEREFORE,** the Plaintiff requests the Court grant the stay and stay the proceedings until after the resolution of the bankruptcy matter in this case.

I confirm that I have conferred with the opposing counsel in good faith regarding this report, as required under local rule D.C.COLO.LCivR 7.1(a).

Respectfully submitted this 17th day January, 2025.

           */s/ Megan Nicolaysen*
           Megan Nicolaysen, Reg. No. 59246
           Springs Law Group LLC
           1880 Office Club Pointe, Suite 200
           Colorado Springs, CO 80920
           719-300-7554
           Megan@springslawgroup.com
           Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2025, a true and correct copy of the above was e-filed and e-served via CM/ECF which will send automatic notification of said filing to all active counsel of record.

| | |
|---|---|
| Lance G. Eberhart, Esq. | *Heather M. Gwinn, #47715* |
| Brooke A. Churchman, Esq. | *Katherine A. Cunliffe, #58150* |
| Hall & Evans, L.L.C. | *555 Seventeenth Street, Suite 3400* |
| 1001 17th Street, Suite 300 | *Denver, Colorado 80202* |
| Denver, CO 80202 | *Telephone: (303) 534-5160* |
| 303-628-3300 | *Facsimile: (303) 534-5161* |
| eberhartl@hallevans.com | *hgwinn@grsm.com* |
| churchmanb@hallevans.com | *kcunliffe@grsm.com* |
| *Attorneys for Conn Appliances, Inc. D/B/A Conn's Homeplus* | *Attorneys for Defendant Kellermeyer BergensonsServices, LLC* |

           */s/ Stacey Sadler*
           Stacey Sadler, Paralegal
           Springs Law Group LLC