IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Martiza Dominguez Braswell**

Civil Action No. 1:24-cv-00082-MDB

BOYD DELANZO

    Plaintiff,

v.

CONN APPLIANCES, INC. d/b/a CONN'S HOMEPLUS, and KELLERMEYER BERGENSONS SERVICES, LLC

    Defendant.

---

## **STATUS REPORT**
---

COMES NOW Plaintiff Boyd Delanzo, by and through his attorney of record, hereby submits a Status Report:

## **HISTORY**

1. On August 22, 2024, undersigned counsel for Conn's Appliances, Inc. was advised that on July 26, 2024, Conn's Appliances, Inc. filed for bankruptcy in the U.S. Bankruptcy Court, Southern District of Texas.

2. The bankruptcy matter is still pending.

3. At the last status conference on September 17, 2024, Judge Dominguez Braswell requested the parties file a joint status update regarding a temporary administrative stay.

4. Plaintiff Boyd DeLanzo and Defendant Kellermeyer Bergensons Services, LLC filed a Joint Status report requesting a stay on November 18, 2024.

5. On January 3, 2025, an Order was entered requesting Status Reports be filed every 60 days starting on January 17, 2025.

## **STATUS**

6. Plaintiff conferred with Defendants regarding this Status Report via email on March 17, 2025.

7. As of the time of filing of the last Status Report in this matter, filed on January 17, 2025, a repayment plan has not been filed in the bankruptcy matter.

8. Plaintiff Delanzo is set to be a part of the "general unsecured creditors" category of creditors.

9. To date, there is no communicated deadline for when Conn's Repayment Plan will be made available, and it is anticipated that at a certain point if the repayment plan has not been filed, the case may convert to a Chapter 7 Liquidation.

10. It is Plaintiff's understanding that once Conn's Repayment Plan is filed and confirmed, then the stay on the bankruptcy matter will be lifted, allowing the personal injury matter to proceed.

11. Should the bankruptcy proceeding convert to a liquidation, Conn's will not file a Repayment Plan, all Proof of Claims will have to be re-filed, and the stay in the bankruptcy proceedings will lift at the close of liquidation.

**WHEREFORE,** the parties request the Court maintain the stay of the proceedings until after the resolution of the bankruptcy matter in this case.

I confirm that I have conferred with the opposing counsel in good faith regarding this report, as required under local rule D.C.COLO.LCivR 7.1(a).

Respectfully submitted this 18th day of March, 2025.

                                              */s/ Megan Nicolaysen*
                                              Megan Nicolaysen, Reg. No. 59246
                                              Springs Law Group LLC
                                              1880 Office Club Pointe, Suite 200
                                              Colorado Springs, CO 80920
                                              719-300-7554
                                              Megan@springslawgroup.com
                                              Counsel for Plaintiff

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on March 18th, 2025, a true and correct copy of the above was e-filed and e-served via CM/ECF which will send automatic notification of said filing to all active counsel of record.

| | |
|---|---|
| Lance G. Eberhart, Esq. | Heather M. Gwinn, #47715 |
| Brooke A. Churchman, Esq. | Katherine A. Cunliffe, #58150 |
| Hall & Evans, L.L.C. | 555 Seventeenth Street, Suite 3400 |
| 1001 17th Street, Suite 300 | Denver, Colorado 80202 |
| Denver, CO 80202 | Telephone: (303) 534-5160 |
| 303-628-3300 | Facsimile: (303) 534-5161 |
| eberhartl@hallevans.com | hgwinn@grsm.com |
| churchmanb@hallevans.com | kcunliffe@grsm.com |
| *Attorneys for Conn Appliances, Inc. D/B/A Conn's Homeplus* | *Attorneys for Defendant Kellermeyer BergensonsServices, LLC* |

                                              */s/ Stacey Sadler*
                                              Stacey Sadler, Paralegal
                                              Springs Law Group LLC